STEVEN K. EISENBERG, ESQUIRE (75736)
KEVIN P. DISKIN, ESQUIRE (86727)
THOMAS E. SHEA, ESQUIRE (64384)
JOSEPH K. REJENT, ESQUIRE (59621)
STERN & EISENBERG, PC
THE PAVILION
261 OLD YORK ROAD, SUITE 410
JENKINTOWN, PENNSYLVANIA 19046
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Eric Lamback<br>Debtor(s) | Chapter 7<br><br>Bankruptcy Case: 11-18078 |

ORDER

AND NOW, this 16th day of Nov., 20 11, upon motion of U.S. BANK NATIONAL ASSOCIATION, as Trustee, by its attorney in fact, Saxon Mortgage Services, Inc. c/o Ocwen Loan Servicing, LLC ("Ocwen") and ~~upon failure of Debtor to file an Answer or otherwise plead as directed by the Court (or~~ after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Ocwen (and any *in rem* assignee/successor-in-interest) is granted relief from the stay of 11 ~~U.S.C.~~ §362 (and §1301) to proceed *in rem* with its mortgage foreclosure action and Sheriff's Sale (and all other rights under state and federal law) concerning the Property: 751 Germantown Pike, Lafayette Hill, PA

~~It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.~~

BY THE COURT:

Eric L. Frank
UNITED STATES BANKRUPTCY JUDGE

MFR CH 7